```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA,             :
                                      :
              -v-                     :      22cr115-3(DLC)
                                      :
STEVEN KING,                          :           ORDER
                                      :
                   Defendant.         :
                                      :
--------------------------------------X
```

DENISE COTE, District Judge:

    WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Stewart D. Aaron on September 14, 2022;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER ORDERED that sentencing is scheduled for December 16, 2022 at 11:00 AM in Courtroom 18B, 500 Pearl Street.  Defense submissions are due December 2, and Government submissions are due December 9.

SO ORDERED:

Dated:    New York, New York
          September 22, 2022

_____
DENISE COTE
United States District Judge